```
                                          FILED
                                CLERK, U.S. DISTRICT COURT

                                     12/16/2022

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY: ____JB____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLDO MERAZ,<br><br>　　　　　Defendant. | SA CR   8:22-cr-00184-JWH<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(vi): Possession with<br>Intent to Distribute Fentanyl] |

　　The Grand Jury charges:

　　　　　[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

　　On or about September 30, 2022, in Orange County, within the Central District of California, defendant ARNOLDO MERAZ knowingly and intentionally possessed with intent to distribute at least 400 grams, that is, approximately 436.6 grams, of N-phenyl-N-[1-(2-phenylethyl)-

///

///

///

4-piperidinyl] propanamide (also known as "fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ROBERT J. KEENAN
Assistant United States Attorney
Santa Ana Branch Office